NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000938
23-DEC-2014
09:19 AM

NO. CAAP-14-0000938

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ONEWEST BANK, FSB, Plaintiff-Appellee,
v.
SEAN KAUINUI CASTRO, ROBIN LEE CASTRO VILLEZA,
Defendants-Appellants,
and
JOHN and MARY DOES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-1181-05)

ORDER APPROVING THE DECEMBER 12, 2014
STIPULATION TO DISMISS APPEAL WITH PREJUDICE
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation to Dismiss

Appeal with Prejudice" (**Stipulation**), filed by Defendants-

Appellants Sean Kauinui Castro and Robin Lee Castro Villeza

(**Appellants**), on December 12, 2014, and the record, it appears

that (1) Appellants and Plaintiff-Appellee OneWest Bank, FSB

stipulate to dismiss Appeal No. CAAP-14-0000938; (2) the parties'

attorneys have signed the Stipulation; (3) the Stipulation provides that "each party [is] to bear its/their own costs and fees on appeal"; (4) no payment of court filing fees is due; and (5) Hawai'i Rules of Appellate Procedure Rule 42(b) provides, "If the parties to a docketed appeal . . . sign and file a stipulation for dismissal, specifying the terms as to payment of costs, and pay whatever fees are due, the case shall be dismissed upon approval by the appellate court[.]"

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and that the Appeal No. CAAP-14-0000938 is dismissed. Each party shall bear its own attorney's fees and costs.

DATED: Honolulu, Hawai'i, December 23, 2014.

Chief Judge

Associate Judge

Associate Judge